THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of D&D CONSTRUCTION I, INC., A Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY & DEPOSIT COMPANY OF MARYLAND, a Maryland corporation,<br><br>Defendants. | No. 3:23-cv-05308-BHS<br><br>**STIPULATED ORDER FOR ADDITIONAL STAY**<br><br>**NOTE ON MOTION CALENDAR**<br>**Thursday, November 16, 2023** |

PLAINTIFF United States of America, for the Use and Benefit of D&D Construction I, Inc. ("D&D Construction" or "Plaintiff") and Fidelity & Deposit Company of Maryland ("Defendant") hereby submit the following Stipulated Motion to Stay.

On May 8, 2023 the parties jointly moved for a 60-day stay of all case deadlines. (Dkt. No. 7). Again, on July 13, 2023, the parties jointly moved for an additional stay of 90 days. (Dkt. No. 11). The basis for the two requested stays was to allow the Parties to engage in settlement discussions and negotiations on D&D's claim. The parties continue to await the action of a third party not yet a part of this action, the owner of the contract at issue, the U.S. Army Corps of Engineers ("USACE").

On October 26, 2023, Fidelity filed its own status report and request for stay. (Dkt. No. 13).

STIPULATED ORDER FOR ADDITIONAL STAY
23-cv-05308-BHS
- 1

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

Although D&D Construction did not oppose this motion, the parties now jointly stipulate an additional stay while they await action by USACE. Fidelity withdraws its previous Request for Additional Stay (Dkt. No. 13).

Accordingly, the parties jointly move this Court for an additional stay of all deadlines, including the answer and responsive pleading deadline, and all other case deadlines for an additional ninety (90) days. At the end of the stay, the parties will update the Court on the status of the dispute.

DATED this 16th day of November, 2023

| GORDON THOMAS HONEYWELL LLP | DORSEY & WHITNEY LLP |
|---|---|
| s/ *Mitchell J. Wright* | s/ *Emily A. Yoshiwara* |
| Shelly M. Andrew, WSBA # 41195 | Marisa M. Bavand, WSBA #27929 |
| Mitchell J. Wright, WSBA #60143 | Allison L. Murphy, WSBA #43019 |
| 1201 Pacific Avenue, Suite 2100 | Emily A. Yoshiwara, WSBA # 54648 |
| Tacoma, Washington 98402 | Columbia Center |
| P. (253) 620-6500 | 701 Fifth Avenue, Suite 6100 |
| Email: sandrew@gth-law.com | Seattle, WA 98104-7043 |
| Email: mwright@gth-law.com | P: (206) 903-8800 |
| *Counsel for Plaintiff* | E: bavand.marisa@dorsey.com |
| | E: murphy.allison@dorsey.com |
| | E: yoshiwara.emily@dorsey.com |
| | *Counsel for Defendant* |

STIPULATED ORDER FOR ADDITIONAL STAY
23-cv-05308-BHS
- 2

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER

Good Cause Appearing, this Case and all deadlines shall be extended and stayed for a period of ninety (90) days.

DATED this 16th of November, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

DORSEY & WHITNEY LLP

s/ *Emily A. Yoshiwara*
Marisa M. Bavand, WSBA #27929
Allison L. Murphy, WSBA #43019
Emily A. Yoshiwara, WSBA # 54648
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
P: (206) 903-8800
E: bavand.marisa@dorsey.com
E: murphy.allison@dorsey.com
E: yoshiwara.emily@dorsey.com
*Counsel for Defendant*

GORDON THOMAS HONEYWELL LLP

s/ *Mitchell J. Wright*
Shelly M. Andrew, WSBA # 41195
Mitchell J. Wright, WSBA #60143
1201 Pacific Avenue, Suite 2100
Tacoma, Washington 98402
P. (253) 620-6500
Email: sandrew@gth-law.com

STIPULATED ORDER FOR ADDITIONAL STAY
23-cv-05308-BHS
- 3

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  Email: mwright@gth-law.com
   *Counsel for Plaintiff*

2

STIPULATED ORDER FOR ADDITIONAL STAY
23-cv-05308-BHS
- 4

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing on the following counsel of record by the method indicated:

| | |
|---|---|
| Mitchell J Wright, WSBA No. 60143<br>Shelly M. Andrew, WSBA No. 41195<br>GORDON THOMAS HONEYWELL LLP<br>1201 PACIFIC AVENUE<br>STE 2100<br>TACOMA, WA 98401<br>253-620-6500<br>Email: mwright@gth-law.com<br>sandrew@gth-law.comb<br><br>**Attorney for Plaintiff D&D Construction I, Inc.** | ☐ Via Messenger<br>☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

Dated this 16th day of November, 2023.

*/s/ Rachel Leigh*
Rachel Leigh, Legal Assistant

STIPULATED ORDER FOR ADDITIONAL STAY
23-cv-05308-BHS
- 5

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820