1

2     THE HONORABLE BENJAMIN H. SETTLE

3

4

5

6
                    UNITED STATES DISTRICT COURT
7                  WESTERN DISTRICT OF WASHINGTON
                            AT TACOMA
8

9   UNITED STATES OF AMERICA, for the Use
    and Benefit of D&D CONSTRUCTION I, INC.,      No. 3:23-cv-05308-BHS
10  A Washington corporation,

11                  Plaintiff,

12         v.                                      **STIPULATED ORDER FOR
                                                  ADDITIONAL STAY**
13  FIDELITY & DEPOSIT COMPANY OF
    MARYLAND, a Maryland corporation,             **NOTE ON MOTION CALENDAR
14                                                TUESDAY, May 14, 2024**

15                  Defendants.

16

17         PLAINTIFF United States of America, for the Use and Benefit of D&D Construction I,

18  Inc. ("D&D" or "Plaintiff") and Fidelity & Deposit Company of Maryland ("Defendant") hereby

19  submit the following Stipulated Motion to Stay.

20         The parties hereby jointly move for an additional stay of this matter for a period of 6 months.

21  The project at issue in this matter was issued a Termination for Convenience by the project owner, the

22  United States Army Corps of Engineers ("USACE").  D&D's claim has been submitted for payment

23  to the USACE pursuant to the termination for convenience process as outlined in FAR 52.249-2.  The

24  basis for this request for stay is to await the decision of the USACE regarding the D&D claim.

25         Accordingly, the parties again jointly move this Court for an additional stay of all deadlines,

STIPULATED ORDER FOR ADDITIONAL STAY
23-cv-05308-BHS
- 1

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

including the answer and responsive pleading deadline, and all other case deadlines for an additional

six (6) months, or no sooner than November 14, 2024. At the end of the stay, the parties will update

the Court on the status of the dispute.

DATED this 14th day of May, 2024

GORDON THOMAS HONEYWELL LLP          DORSEY & WHITNEY LLP

s/ *Mitchell J. Wright*                          s/ *Emily A. Yoshiwara*
Shelly M. Andrew, WSBA # 41195           Marisa M. Bavand, WSBA #27929
Mitchell J. Wright, WSBA #60143            Allison L. Murphy, WSBA #43019
1201 Pacific Avenue, Suite 2100             Emily A. Yoshiwara, WSBA # 54648
Tacoma, Washington 98402                     Columbia Center
P. (253) 620-6500                                  701 Fifth Avenue, Suite 6100
Email: sandrew@gth-law.com                  Seattle, WA 98104-7043
Email: mwright@gth-law.com                   P: (206) 903-8800
*Counsel for Plaintiff*                            E: bavand.marisa@dorsey.com
                                                        E: murphy.allison@dorsey.com
                                                        E: yoshiwara.emily@dorsey.com
                                                        *Counsel for Defendant*

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

## <u>ORDER</u>

1

2          Good Cause Appearing, this Case and all deadlines shall be extended and stayed for a

3   period of six (6) months to November 14, 2024.

4

5          DATED this 14th of May, 2024

6

7

8                                              _____
                                               BENJAMIN H. SETTLE
9                                              United States District Judge

10

11

12   Presented by:

13   DORSEY & WHITNEY LLP

14   s/ *Emily A. Yoshiwara*
     _____
     Marisa M. Bavand, WSBA #27929
15   Allison L. Murphy, WSBA #43019
     Emily A. Yoshiwara, WSBA # 54648
16   Columbia Center
     701 Fifth Avenue, Suite 6100
17   Seattle, WA 98104-7043
     P: (206) 903-8800
18   E: bavand.marisa@dorsey.com
     E: murphy.allison@dorsey.com
19   E: yoshiwara.emily@dorsey.com
     *Counsel for Defendant*
20

21

22

23

24

25

STIPULATED ORDER FOR ADDITIONAL STAY
23-cv-05308-BHS
- 3

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

2

GORDON THOMAS HONEYWELL LLP

3    s/ *Mitchell J. Wright*
     Shelly M. Andrew, WSBA # 41195
4    Mitchell J. Wright, WSBA #60143
     1201 Pacific Avenue, Suite 2100
5    Tacoma, Washington 98402
     P. (253) 620-6500
6    Email: sandrew@gth-law.com
     Email: mwright@gth-law.com
7    *Counsel for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED ORDER FOR ADDITIONAL STAY
23-cv-05308-BHS
- 4

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

## CERTIFICATE OF SERVICE

2     I hereby certify that on this date I caused to be served the foregoing on the following

3 counsel of record by the method indicated:

4 Mitchell J Wright,  WSBA No. 60143      ☐ Via Messenger
5 Shelly M. Andrew,  WSBA No. 41195      ☐ Via Facsimile
    GORDON THOMAS HONEYWELL LLP      ☐ Via U.S. Mail
6 1201 PACIFIC AVENUE      ☐ Via Electronic Mail
    STE 2100      ☒ Via ECF Notification
7 TACOMA, WA 98401
8 253-620-6500
    Email: mwright@gth-law.com
9 sandrew@gth-law.comb

10 ***Attorney for Plaintiff D&D Construction I, Inc.***

11

12     Dated this 14th day of May, 2024.

13

14                     */s/ Rachel Leigh*
                    Rachel Leigh, Legal Assistant

15

16

17

18

19

20

21

22

23

24

25

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820